```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611018404
Cashier ID: waltonb
Transaction Date: 08/18/2020
Payer Name: Woodaite Capital
-----------------------------------
CIVIL FILING FEE
  For: Ke Wang
  Case/Party: D-CAN-5-CV-20-005823-001
  Amount:        $400.00
-----------------------------------
PAPER CHECK CONVERSION
  Remitter: Ke Wang
  Check/Money Order Num: 1049
  Amt Tendered: $400.00
-----------------------------------
Total Due:       $400.00
Total Tendered:  $400.00
Change Amt:        $0.00

WYO

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```