Complaint for injunctive relief and damages
July 9 2020

Plaintiff's ex parte application for temporary restraining order and order to show cause regarding preliminary injunction
July 24 2020

Memorandum of points and authorities in the support of plaintiffs' ex parte application for Temporary Restraining Order and Order to Show Cause regarding preliminary injunction
July 24 2020

(Proposed) order to show cause regarding preliminary injunction; temporary restraining order; order regarding service
July 24 2020

Plaintiff's ex parte application for leave to file memorandum of points and authorities in excess of page limit
July 24 2020

Memorandum of points and authorities in support of EX Parte application for leave to file Memorandum in excess of page limit
July 24 2020

(Proposed) order for leave to file memorandum of points and authorities in the excess of page limit
July 24 2020

Declaration of Ward A. Penfold in support of EX PARTE application for leave to file memorandum of points and authorities in excess of page limit.
July 24 2020

Declaration of Ward A. Penfold in support of Plaintiffs' EX Parte Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
July 24 2020

Declaration of Steve Beams in support of Plaintiffs' EX Parte Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
July 24 2020

Declaration of James Stephens in support of Plaintiffs' EX Parte Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
July 24 2020

Exhibits 11-14 to declaration of James Stephens in support of Plaintiffs' Ex Parte application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
July 24 2020

Exhibits 15-20 to declaration of James Stephens in support of Plaintiffs' Ex Parte application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
July 24 2020

Exhibits 21-26 to declaration of James Stephens in support of Plaintiffs' Ex Parte application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
July 24 2020

Exhibits 27-30 to declaration of James Stephens in support of Plaintiffs' Ex Parte application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
July 24 2020

Exhibits 30-36 to declaration of James Stephens in support of Plaintiffs' Ex Parte application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
July 24 2020

Exhibits 37-40 to declaration of James Stephens in support of Plaintiffs' Ex Parte application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
July 24 2020

Exhibits 41-46 to declaration of James Stephens in support of Plaintiffs' Ex Parte application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
July 24 2020

Exhibits 47-50 to declaration of James Stephens in support of Plaintiffs' Ex Parte application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
July 24 2020

Declaration of Jeff Camp in support of Plaintiffs' EX Parte Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
July 24 2020

| | |
|---|---|
| 1 | Exhibits 4-6 to Declaration of Jeff Camp in support of Plaintiffs' EX Parte Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction |
| 2 | July 24 2020 |
| 3 | |
| 4 | Exhibits 7-10 to Declaration of Jeff Camp in support of Plaintiffs' EX Parte Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction |
| 5 | July 24 2020 |
| 6 | |
| 7 | Exhibits 11-12 to Declaration of Jeff Camp in support of Plaintiffs' EX Parte Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction |
| 8 | July 24 2020 |
| 9 | |
| 10 | Declaration of Matthew Burge in support of Plaintiffs' EX Parte Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction |
| 11 | July 24 2020 |
| 12 | |
| 13 | Declaration of Roel Meregillano in support of Plaintiffs' EX Parte Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction |
| 14 | July 24 2020 |
| 15 | |
| 16 | Declaration of Maryellen Luna in support of Plaintiffs' EX Parte Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction |
| 17 | July 24 2020 |
| 18 | Declaration of Rick Gomes in support of Plaintiffs' EX Parte Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction |
| 19 | July 24 2020 |
| 20 | |
| 21 | Exhibits 3 to Declaration of Rick Gomes in support of Plaintiffs' EX Parte Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction |
| 22 | July 24 2020 |
| 23 | |
| 24 | Exhibits 4-5 to Declaration of Rick Gomes in support of Plaintiffs' EX Parte Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction |
| 25 | July 24 2020 |
| 26 | |
| 27 | Exhibits 6-8 to Declaration of Rick Gomes in support of Plaintiffs' EX Parte Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction |
| 28 | July 24 2020 |

1  Exhibits 9-15 to Declaration of Rick Gomes in support of Plaintiffs' EX Parte Application for
   Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
2  July 24 2020

3

4  Exhibits 16-19 to Declaration of Rick Gomes in support of Plaintiffs' EX Parte Application for
   Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
5  July 24 2020

6

7  Exhibits 20-25 to Declaration of Rick Gomes in support of Plaintiffs' EX Parte Application for
   Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
8  July 24 2020

9

10 Exhibits 26-27 to Declaration of Rick Gomes in support of Plaintiffs' EX Parte Application for
   Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
11 July 24 2020

12

13 Exhibits 28 to Declaration of Rick Gomes in support of Plaintiffs' EX Parte Application for
   Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
14 July 24 2020

15

16 Exhibits 29-31 to Declaration of Rick Gomes in support of Plaintiffs' EX Parte Application for
   Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
17 July 24 2020

18

19 Exhibits 32-35 to Declaration of Rick Gomes in support of Plaintiffs' EX Parte Application for
   Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
20 July 24 2020

21

22 Exhibits 36-40 to Declaration of Rick Gomes in support of Plaintiffs' EX Parte Application for
   Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
23 July 24 2020

24

25 Exhibits 41-45 to Declaration of Rick Gomes in support of Plaintiffs' EX Parte Application for
   Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
26 July 24 2020

27

28

- 13 -
NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441(b)

Exhibit 46 to Declaration of Rick Gomes in support of Plaintiffs' EX Parte Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction        July 24 2020

Exhibits 47-50 to Declaration of Rick Gomes in support of Plaintiffs' EX Parte Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
July 24 2020

Exhibits 51 to Declaration of Rick Gomes in support of Plaintiffs' EX Parte Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
July 24 2020

Exhibits 52-53 to Declaration of Rick Gomes in support of Plaintiffs' EX Parte Application for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction
July 24 2020

Response to Opposition to the EX Parte application for Temporary Restraining Order and Order to Show Cause regarding Preliminary Injunction
July 27 2020

Order to show cause regarding Preliminary Injunction; Temporary Restraining Order; Order Regarding Service
July 28 2020