UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| COUNTY OF SANTA CLARA, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>KE "JASON" WANG, et al.,<br><br>　　　　Defendants. | Case No.　5:20-cv-05823-EJD<br><br>**ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 33 |

On September 1, 2020, the Court issued an order remanding this case *sua sponte*. Dkt. No. 31 ("Remand Order"). In that Remand Order, the Court found that the State of California was the real party in interest to this suit and that a state cannot be a party to a diversity action. *Id.* at 4. Because no diversity jurisdiction existed and no other basis for removal was put forth, the Court found it appropriate to remand *sua sponte*. *Ibid*; *see* 28 U.S.C.A. § 1447 ("If at any time before final judgment it appears that the district court lacks subject matter jurisdiction, the case shall be remanded"). On September 3, 2020, Defendants filed a Motion for Leave to File a Motion for Reconsideration of the Remand Order. Dkt. No. 33 ("Motion").

Federal law provides that "[a]n order remanding a case to the State court from which it was removed is not reviewable on appeal or otherwise," with two exceptions that are not relevant here. 28 U.S.C. § 1447(d). The Ninth Circuit has held that "[t]his language has been universally construed to preclude not only appellate review but also reconsideration by the district court. Once a district court certifies a remand order to state court it is divested of jurisdiction and can take no further action on the case." *Seedman v. U.S. Dist. Court for Cent. Dist. of California*, 837 F.2d 413, 414 (9th Cir. 1988); *see also Musumeci v. Musumeci*, No. 5:20-CV-00454-EJD, 2020

Case No.: 5:20-cv-05823-EJD
ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
1

WL 1139659, at *1 (N.D. Cal. Mar. 9, 2020).

This court lacks jurisdiction to reconsider its Remand Order. Respondent's motion for leave to file motion for reconsideration is **DENIED**. The clerk shall serve a copy of this order on Respondent and shall transmit this order to the Santa Clara County Superior Court.

**IT IS SO ORDERED.**

Dated: September 8, 2020

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:20-cv-05823-EJD
ORDER DENYING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION
2